UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00- 6035 CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA

v.

RAYMOND McDERMOTT
and MARTHA TREMINIO DIAZ,

       Defendants.
_____/



FILED by _____ D.C.
MAG SEC.

FEB - 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

## ORDER

The United States of America, having applied to this Court for an Order permitting it to file under seal the indictment and arrest warrant, in support thereof, in the above-captioned case, and good cause appearing therefore:

IT IS HEREBY ORDERED that the indictment and arrest warrant, in support thereof, be filed under seal until further notice of the Court.

DONE AND ORDERED in chambers at ~~Fort Lauderdale,~~ Miami, Florida, this 4 day of Feb. ~~January~~, 2000.

                                                           UNITED STATES MAGISTRATE JUDGE

cc: Curtis Miner, AUSA

