UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No: 00-6035 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

18 USC 878(a)
18 USC 112(a)

UNITED STATES OF AMERICA

vs.

RAYMOND McDERMOTT
and MARTHA TREMINIO DIAZ
_____/



## INDICTMENT

The Grand Jury charges that:

### Count 1

On or about December 30, 1999, in San Salvador, El Salvador, the defendant,

**RAYMOND McDERMOTT,**

who was later found in the United States, and whose last known address was within Broward County, in the Southern District of Florida, did knowingly and willfully threaten to assault, strike, wound, and offer violence to an internationally protected person, that is, the husband of the United States Ambassador to the country of El Salvador; in violation of Title 18, United States Code, Section 878(a).



## Count 2

On or about December 30, 1999, in San Salvador, El Salvador, the defendants,

**RAYMOND McDERMOTT and
MARTHA TREMINIO DIAZ,**

who were later found in the United States, and whose last known address was within Broward County, in the Southern District of Florida, did knowingly and willfully assault, strike, wound, offer violence to, and inflict bodily injury on an internationally protected person, that is, the husband of the United States Ambassador to the country of El Salvador; in violation of Title 18, United States Code, Sections 112(a) and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
CURTIS B. MINER
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CR-ZLOCH**

UNITED STATES OF AMERICA

CASE NO. 00-6035 — MAGISTRATE JUDGE SELTZER

V.

**CERTIFICATE OF TRIAL ATTORNEY**

RAYMOND MCDERMOTT
MARTHA TREMINIO DIAZ

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)   Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   _No_
   List language and/or dialect _____

4. This case will take  _1_  day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_         Petty       ___
   II   6 to 10 days     ___         Minor       ___
   III  11 to 20 days    ___         Misdem.     ___
   IV   21 to 60 days    ___         Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _No_
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

*(signed)* CBMiner

Curtis B. Miner
ASSISTANT UNITED STATES ATTORNEY
Florida Court No. A5500463

*Penalty Sheet(s) attached

REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant Name: RAYMOND McDERMOTT      Case No. 00-6035CR-ZLOCH
                                                MAGISTRATE JUDGE
                                                     SELTZER

| Count 1 | THREATENED ASSAULT ON INTERNATIONALLY PROTECTED PERSON |
| --- | --- |
| | 18:878(a) |
| *Max Penalty: | 3 YEARS IMPRISONMENT |
| Count 2 | ASSAULT ON INTERNATIONALLY PROTECTED PERSON |
| | 18:112(a) |
| *Max Penalty: | 10 YEARS IMPRISONMENT |
| Count | |
| *Max Penalty | |
| Count | |
| *Max Penalty | |

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

00-6035 CR-ZLOCH

MAGISTRATE JUDGE SELTZER

Defendant Name: MARTHA TREMINIO DIAZ        Case No.

Count 2        ASSAULT ON INTERNATIONALLY PROTECTED PERSON

               18:112(a)

*Max Penalty: 10 YEARS IMPRISONMENT

Count

*Max Penalty:

Count

*Max Penalty

Count

*Max Penalty

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.