AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**SOUTHERN DISTRICT OF FLORIDA**

**00-6035 CR-ZLOCH**

UNITED STATES OF AMERICA

V.

RAYMOND McDERMOTT

**WARRANT FOR ARREST**

CASE NUMBER: **MAGISTRATE JUDGE SELTZER**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Raymond McDermott___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Assault of an Internationally Protected Person

in violation of Title ___18___ United States Code, Section(s) ___112(a) and 878(a)___

WILLIAM C. TURNOFF
Name of Issuing Officer

**MAGISTRATE JUDGE**
TURNOFF
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

2-3-00  Miami, Fl.
Date and Location

Bail fixed at $ 50,000.00 PSB  by  **WILLIAM C. TURNOFF**
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc

## BOND RECOMMENDATION

DEFENDANT  RAYMOND McDERMOTT

$   50,000 Personal Surety Bond   (Surety, Recognizance, Corp. Surety, Cash)
                                  (Jail) (On Bond) (Warrant) (Summons)
                                  (Marshal's Custody)


*CBMin*

CURTIS B. MINER
ASSISTANT UNITED STATES ATTORNEY


Last Known Address   601 Talavera Road, Weston, Florida

What Facility _____

Agent  Special Agent Paul Mastando (U.S. Department of State)
       (FBI) (SECRET SERVICE) (DEA) (IRS) (CUSTOMS) (ATF)


AO 8 (Rev. 3/89)
Bond Recommendation