## COURT MINUTES

### U. S. MAGISTRATE JUDGE **BARRY S. SELTZER** - FT. LAUDERDALE, FLORIDA

DEFT: RAYMOND McDERMOTT (J)            CASE NO: 00-6035-CR-ZLOCH

AUSA: CURTIS MINER / Stuart            ATTY: Smargon

AGENT: _____                 VIOL: 18:878(a); 18:112(a)

PROCEEDING I/A ON SEALED INDICT.       RECOMMENDED BOND 50,000 PSB

BOND HEARING HELD (yes)/no             COUNSEL APPOINTED FPD

BOND SET @ 50,000 PSB

FILED FEB - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) To be cosigned by: John Sandoval, Scott + Janice Machlovitz
2) Rpt to PTS ___ x's a wk/month by phone; / x's a (wk)/month in person
3) Travel extended to: restricted to SD/FL
4) Surrender passports; 5) Mntn FT emp; 6) no contact w/witnesses;
7) No firearms 8) No illegal drugs or excessive alcohol. 9) drug testing/tx mnt per PTS.

Govt moved to unseal - Granted
Advised of charges - sworn for
apptmt of counsel

FPD appt'd - partial indigency - $500.00
to be deposited into registry of court

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

~~Reading of Indictment waived~~
~~Not Guilty plea entered~~

PTD/BOND HRG:

~~Jury trial demanded~~
~~Standing Discovery Order requested~~

PRELIM/ARRAIGN:

Status on indigency Order  3-13  11  BSS
~~REMOVAL HRG:~~

STATUS CONF:   3-22  11  BSS

Date: 2/4/00   Time 11:00   FTL/BSS TAPE #00- 011   Begin: 2885   End: 1000

re-call 012 @ 178