UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6035-CR-WJZ

STYLE: USA v McDermott

DATE: 2/17/00

The Chambers of the Honorable _____.
has received the attached document. After review, it has been
determined that this document requires the following action by
the Clerk's Office:

____ Docket this document as a motion for _____

_____.

____ Docket this document as a response to the following
     motion: _____.

____ Docket this document as an answer _____.

____ Docket this document as _____.

____ Docket this as an information matter only and file on the
     left side of the file.

X    Other: Cosignature page for bond
     of Raymond McDermott
     _____

     _____

Signed: Butler

Name: _____

Title: Mag Crk

FILED by ___ D.C.
FEB 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

28

DEFENDANT: R. McDERMOTT
CASE NO: 00-6035-CR-ZLOCH

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this 4TH day of FEBRUARY, 2000, at Ft. Lauderdale, Florida.
Signed and acknowledged before me:
WITNESS: _____
ADDRESS: _____
_____ ZIP _____
DEFENDANT: (Signature) [signature]
ADDRESS: 601 TAlavena Rd.
WESTON Florida ZIP 33326
TELEPHONE: (954) 384-4511

### CORPORATE SURETY

Signed this ___ day of _____, 20__, at _____, Florida.
SURETY: _____
ADDRESS: _____
_____ ZIP _____
AGENT: (Signature) _____
PRINT NAME: _____
TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this 10 day of February, 20 00, at USDC D OF NJ (NEWARK)
SURETY: (Signature) X [signature]
PRINT NAME: SCOTT MACHLOVITZ
RELATIONSHIP
  TO DEFENDANT: Brother in Law
ADDRESS: 34 Bennington Rd Livingston 07039
TELEPHONE: 973-535-1357

SURETY: (Signature) X [signature]
PRINT NAME: JANICE MACHLOVITZ
RELATIONSHIP
  TO DEFENDANT: Sister
ADDRESS: 34 BENNINGTON RD. LIVINGSTON, N.J.
TELEPHONE: 973-535-1357

### APPROVAL BY COURT

Date: 2/4/00

[signature]
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S. Attorney, Counsel, Copy for Judge, Pretrial Services

[signature]
JESS F. NELSON, DEPUTY CLERK, USDC D of NEW JERSEY, NEWARK