UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
RAYMOND McDERMOTT )
MARTHA TREMINO )
)

**NOTICE OF REASSIGNMENT**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Debra J. Stuart.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By _____
DEBRA J. STUART
Assistant United States Attorney
Court No. A5500061
500 E. Broward Blvd.
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this <u>18th</u> day of February, 2000, to Wilbur Chaney, Esq., 475 N.E. 1st Ave., Delray Beach, Fl 33483 and to Sam Smargon, AFPD, 101 N.E. 3rd Avenue, Ft. Lauderdale, Fl 33301.

                                                DEBRA J. STUART
                                                Assistant U.S. Attorney

cc: Pretrial Services