UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

RAYMOND McDERMOTT,

Defendant.
_____/

### STATUS REPORT

A status conference was held in this cause on February 22, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today be forwarding its discovery response to the defense. The Government further represented that its evidence will not include any tapes and that the matter will require two days to try; the Government is ready to proceed.

2. Defense counsel did not dispute the Government's representation.

DATED at Fort Lauderdale, Florida this 22nd day of February 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

30

Copies to:

Honorable William J. Zloch
United States District Judge

Curtis Miner, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant