COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Raymond McDermott (no deft needed) CASE NO: 00-6035-CR-Zloch
AUSA: Curtis Miner /Hanegan/ ATTNY: FPD /Day. for Smayo/
AGENT: _____ VIOL: _____
PROCEEDING: Status Conference    BOND REC: _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____
____ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS:

FILED by ___ D.C.
FEB 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out today
Gov't ready
no motions
2 days to try

A - 2 addl weeks
for motions

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 2-22-00    TIME: 11:00am    TAPE # 00-014    PG # 5
2921-3043
31