UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**UNITED STATES OF AMERICA,**

CASE NO. 00-6035-Cr-Zloch

Plaintiff,

vs

**RAYMOND MCDERMOTT and
MARTHA TREMINIO DIAZ,**

Defendant.
_____/

## STIPULATED SUBSTITUTION OF COUNSEL

It is hereby stipulated between Edward R. Shohat, Esq. and the law firm of Bierman, Shohat, Loewy & Klein P.A., 800 Brickell Avenue, Penthouse Two, Miami, Florida 33131 and Samuel Smargon, Assistant Federal Public Defender, 101 Northeast Third Avenue, Suite 202, Fort Lauderdale, Florida 33301, that the law firm of Bierman, Shohat, Loewy & Klein P.A. shall be substituted as counsel of record for the Defendant, **RAYMOND McDERMOTT**, in the above cause and that Samuel Smargon, Esquire hereby withdraws as counsel herein.

DATED: February 27, 2000.

| | |
|---|---|
| **PUBLIC DEFENDERS OFFICE**<br>101 Northeast Third Avenue<br>Suite 202<br>Fort Lauderdale, Florida 33301<br>Phone: (954) 522-7000<br><br>BY _____<br>   SAMUEL SMARGON, ESQ. | **BIERMAN, SHOHAT, LOEWY &<br>PERRY P.A.**<br>800 Brickell Avenue, Penthouse Two<br>Miami, Florida 33131<br>Phone: (305) 358-7000<br><br>BY _____<br>   EDWARD R. SHOHAT, ESQ.<br>   Fla. Bar #152634 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by hand this 22nd day of February, 2000, to : Deborah Stuart, Esq. Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
EDWARD R. SHOHAT

LAW OFFICES OF BIERMAN, SHOHAT, LOEWY & KLEIN, P.A.  PENTHOUSE TWO, 800 BRICKELL AVENUE, MIAMI, FLORIDA 33131-2944