UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISIN

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

RAYMOND McDERMOTT,   :

    Defendant.   :
_____/



# ORDER GRANTING STIPULATED SUBSTITUTION OF COUNSEL

It appearing that Defendant, Raymond McDermott, has retained Edward R. Shohat, Esquire, Bierman, Shohat, Loewy & Klein, 800 Brickell Avenue, Penthouse 2, Miami, Florida 33131 to represent him in this cause, it is

**ORDERED** that the Stipulated Substitution of Counsel is hereby **GRANTED** and the Federal Public Defender is relieved of any further responsibility in this cause.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 25th day of Feb., 2000.

_____
~~WILLIAM J. ZLOCH~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

cc:    Samuel J. Smargon, AFPD
       Edward R. Shohat, Esquire
       Debra Stuart, AUSA

37