UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6035-CR-Zloch

UNITED STATES OF AMERICA

    Plaintiff,

VS.

Raymond McDermott

    Defendant.

_____/



### ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

Upon consideration of the defendant's Motion to Vacate this Court's Order on Partial Indigence for Appointment of Counsel and Distribution of Available Funds, and being fully advised in the matter, it is

ORDERED and ADJUDGED that the order entered on __2-4-00__ directing the defendant to pay $__500__ to the Clerk of Court for deposit into the Treasury is hereby VACATED.

DONE and ORDERED this __6__ day of __March__, 2000.

U.S. MAGISTRATE JUDGE
BARRY S. SELTZER

c: United States Attorney
   Financial Section
   Defense Counsel (Edward Shohat)
   Pretrial Services

Rev. 3/93