UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6035-CR-ZLOCH

FILED by _____ D.C.
MAR 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.

RAYMOND McDERMOTT
MARTHA TREMINIO DIAZ

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

| PLACE<br>299 E. BROWARD BLVD.<br>FT. LAUDERDALE, Fl, 33301 | COURTROOM A<br>DATE & TIME:<br>March 27, 2000, at 9:00 AM |
|---|---|

CALENDAR CALL - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Debra Stuart, Esq., AUSA
Edward Shohat, Esq.
Wilbur Chaney, Esq.

41