U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Raymond McDermott ( B ~~J#~~          CASE NO: 00-6035-CR-Zloch

AUSA: Debra Stuart      *present*            ATTNY: Ed Shohat

AGENT: _____                       VIOL: _____

PROCEEDING: Garcia Hearing                   BOND REC: _____

BOND HEARING HELD - yes/no                   COUNSEL APPOINTED: _____

___ BOND SET @ _____

**FILED by ___ D.C.**

**MAR 16 2000**

CLEREK
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: _____

(2) _____ Halfway House _____

_____ Electronic Monitoring _____

A - sworn

affidavit 44(@) -
signed.

Garcia hearing held

Govt to order
transcript

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: _____

DATE: 3-16-00      TIME: 11;00am    TAPE # 00- 021   PG # 1400 - 2167

46