UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6035-CR-ZLOCH



UNITED STATES OF AMERICA

v.

RAYMOND MCDERMOTT
MARTHA DIAZ

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

**PLACE**  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, Fl, 33301

**COURTROOM A**  
**DATE & TIME:**  
May 5, 2000 at 10:30 AM

CHANGE OF PLEA  -  COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: March 24. 2000

cc:
Debra Stuart, Esq., AUSA
Ira Loewy, Esq.