## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### CASE NO. 00-6035-Cr-Zloch

**Magistrate Seltzer**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| RAYMOND MCDERMOTT and MARTHA TREMINIO DIAZ a/k/a MARTHA MCDERMOTT, | : |
| Defendants. | : |

_____/

### ORDER GRANTING PERMISSION TO TRAVEL

The Motion to Travel filed by the Defendants Raymond McDermott and Martha Treminio Diaz (a/k/a Martha McDermott), which is unopposed by the government, hereby is **GRANTED**.

Both Defendants hereby are granted permission to travel to Sanibel Island in the Middle District of Florida on Friday, April 21, 2000 and return to the Southern District of Florida on Monday, April 24, 2000. The Defendants shall stay at the hotel identified in their Motion.

**DONE AND ORDERED** at Ft. Lauderdale, Florida, this _____ day of April, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:   Bierman, Shohat, Loewy & Klein, P.A.
      AUSA Debra J. Stuart, Esq.
      Darwin L. Crenshaw, U. S. Pretrial Services Officer