UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6035-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              **O R D E R**

RAYMOND MCDERMOTT and
MARTHA TREMINIO DIAZ a/k/a
MARTHA MCDERMOTT,

        Defendants.
_____/

    THIS MATTER is before the Court upon the Defendants, Raymond McDermott and Martha Treminio Diaz (a/k/a Martha McDermott's) Motion For Leave To Travel, bearing file stamp of the Clerk of this Court dated May 26, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendants' aforementioned Motion For Leave To Travel be and the same is hereby **GRANTED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

Copies furnished:
  Debra J. Stuart, Esq., AUSA
  Edward R. Shohat, Esq.
  Darwin L. Crenshaw