**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6035-CR-ZLOCH**

FILED by _____ D.C.
JUL 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**UNITED STATES OF AMERICA**

    **v.**

**RAYMOND McDERMOTT**
**MARTHA DIAZ**

---

| **TYPE OF CASE** | **CRIMINAL** |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

---

| **PLACE** | **COURTROOM A** |
| 299 E. BROWARD BLVD. | **DATE & TIME:** |
| FT. LAUDERDALE, Fl, 33301 | July 21, 2000, at 3:30 PM |

---

**SENTENCING - RESET BY COURT**

---

CLARENCE MADDOX
CLERK OF COURT

_(signature)_
BY DEPUTY CLERK

DATE: July 10, 2000

cc:
Debra Stuart, Esq., AUSA
Ira Loewy, Esq.
Probation