-cr-06035-WJZ    Document 62    Entered on FLSD Docket 07/25/2000    P

FILED by _____ D.C.
JUL 21 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER  00-6035-CR-Zloch   DATE 7-21-00
CLERK  Carline Newdey   REPORTER Carl Schanzle
PROBATION  Ed Cooley   INTERPRETER

UNITED STATES OF AMERICA v. Raymond McDermott

U. S. ATTORNEY  Debra Stuart   DEFT COUNSEL  Ira Loewy

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Sentencing

RESULT OF HEARING  Ct 2 - 18 months Reporting Probation - $100 assessment Restitution $350 joint w several

JUDGMENT  Restitution has been tendered to the gov't - Remains ct dismissed

CASE CONTINUED TO _____ TIME _____ FOR _____

MISC _____

62