UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6035-Cr-Zloch

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

RAYMOND MCDERMOTT and  :
MARTHA TREMINIO DIAZ a/k/a
MARTHA MCDERMOTT,  :

    Defendants.  :

_____/

## MOTION FOR ORDER DISCHARGING
## SURETIES AND RETURNING TRAVEL DOCUMENTS

Defendant, Raymond McDermott, by and through his undersigned counsel, hereby moves this Court to enter an Order discharging sureties and directing the return of travel documents and says:

1. Defendant was sentenced on July 21, 2000 to 18 months probation. He has reported to the probation department as required.

2. The Defendant had been released upon a $50,000 personal surety bond with Pretrial Service supervision and the surrender of travel documents to Pretrial Services.

3. Having complied with all the conditions of his bond, Defendant respectfully moves this Court to enter the attached Order discharging the sureties and directing the return of travel documents.

Respectfully submitted,

**BIERMAN, SHOHAT, LOEWY & KLEIN, P.A.**
Attorneys for Defendants
800 Brickell Avenue
Penthouse Two
Miami, Florida 33131
Telephone: (305) 358-7000
Facsimile: (305) 358-4010

By: _____
**EDWARD R. SHOHAT, ESQ., #152634
IRA N. LOEWY, ESQ., #200794**

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by mail this 24th day of July, 2000, to: Debra J. Stuart, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

_____
IRA N. LOEWY, ESQ.