AO 442 (Rev. 5/93) Warrant for Arrest    DOS    452210

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

00-6035 CR-ZLOCH

UNITED STATES OF AMERICA

v.

RAYMOND McDERMOTT

**WARRANT FOR ARREST**

CASE NUMBER: MAGISTRATE JUDGE SELTZER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Raymond McDermott _____
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Assault of an Internationally Protected Person

in violation of Title ___18___ United States Code, Section(s) ___112(a) and 878(a)___

WILLIAM C. TURNOFF
Name of Issuing Officer

MAGISTRATE JUDGE TURNOFF
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

2-3-00  Miami, FL.
Date and Location

Bail fixed at $ _50,000 CPSB_ by  WILLIAM C. TURNOFF
                                   Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
West Palm Beach, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/3/00 | Edward Stubbs, Acting US Marshal S/D FL | [Signature] Barry Golden, ASDUSM |
| DATE OF ARREST 2/4/00 | | |

This form was electronically produced by Elite Federal Forms, Inc.